IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO. 7:12-CV-3-FL

| | | |
|---|---|---|
| ROBBIE DARLENE HILDRETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REMAND ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's complaint. The Commissioner has not yet filed an answer in this case. The Commissioner filed a Motion to Remand this case.

Upon consideration of Defendant's Motion to Remand, it is hereby ORDERED:

That this case BE, and the same hereby IS, remanded under **SENTENCE SIX** 42 U.S.C. §§ 405(g) and 1383(c)(3) to the Commissioner of Social Security for the purpose of permitting further action by the Commissioner.

SO ORDERED this  26th  day of   March   , 2012.

/s/ Louise W. Flanagan
JUDGE LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE