UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ROBBIE DARLENE HILDRETH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:12-CV-3-FL |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon request by defendant for entry of final judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 8, 2014, that the Administrative Law Judge rendered a favorable decision to plaintiff on August 6, 2013 which neither party contests, and final judgment is rendered in favor of plaintiff in the instant action.

**This Judgment Filed and Entered on January 8, 2014, and Copies To:**

H. Clifton Hester  (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)


January 8, 2014                JULIE A. RICHARDS, CLERK
                                /s/ Christa N. Baker
                               (By) Christa N. Baker, Deputy Clerk